# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:09-CV-339-RJC-DCK

| | |
|---|---|
| LAVERN EVANS, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| ACCENTURE TECHNOLOGY SOLUTIONS-US, INC., | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on the Defendant Accenture Technology Solutions-US, Inc.'s "Application For Admission To Practice Pro Hac Vice" (Document No. 4) filed August 6, 2009 for Admission *Pro Hac Vice* of Noah A. Finkel, pursuant to Local Rule 83(B) of the Rules of the United States District Court for the Western District of North Carolina.

It appears that the person for whom leave to appear is sought, Noah A. Finkel of the law firm of Seyfarth Shaw, LLP, is a member in good standing of the Bar of the State of Illinois.

It further appears that Mr. Finkel has associated Sara W. Higgins of Higgins Law Firm, PLLC as local counsel.

**IT IS THEREFORE ORDERED** that Noah A. Finkel be permitted to appear *pro hac vice* in the above-captioned action pending in this Court as counsel appearing for Defendant Accenture Technology Solutions-US, Inc.

Signed: August 6, 2009

David C. Keesler
United States Magistrate Judge