# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:09-CV-339-RJC-DCK

| | |
|---|---|
| LAVERN EVANS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ACCENTURE TECHNOLOGY ) <br> SOLUTIONS-US, INC., ) <br> ) <br> Defendant. ) | ORDER |

**THIS MATTER** is before the Court on the Defendant Accenture Technology Solutions-US, Inc.'s "Application For Admission To Practice Pro Hac Vice" (Document No. 5) filed August 6, 2009 for Admission *Pro Hac Vice* of Louisa J. Johnson, pursuant to Local Rule 83(B) of the Rules of the United States District Court for the Western District of North Carolina.

It appears that the person for whom leave to appear is sought, Louisa J. Johnson of the law firm of Seyfarth Shaw, LLP, is a member in good standing of the Bar of the State of Georgia.

It further appears that Ms. Johnson has associated Sara W. Higgins of Higgins Law Firm, PLLC as local counsel.

**IT IS THEREFORE ORDERED** that Louisa J. Johnson be permitted to appear *pro hac vice* in the above-captioned action pending in this Court as counsel appearing for Defendant Accenture Technology Solutions-US, Inc.

Signed: August 6, 2009

_____
David C. Keesler
United States Magistrate Judge