IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:09cv339-RJC-DCK

| | |
|---|---|
| LAVERN EVANS,<br><br>    Plaintiff,<br><br>v.<br><br>ACCENTURE TECHNOLOGY SOLUTIONS-US, INC.,<br><br>    Defendant. | ORDER GRANTING MOTION<br>FOR ADMISSION *PRO HAC VICE*<br>OF NANCY BLOODGOOD |

**THIS CAUSE** having come before the Court on motion of local counsel for Plaintiff LaVern Evans for admission *pro hac vice* of Nancy Bloodgood, and it appearing to the Court under Local Rule 83.1(B) that Ms. Bloodgood should be admitted *pro hac vice* as representing Plaintiff LaVern Evans.

**IT IS THEREFORE ORDERED** that the motion is <u>granted</u> and that Nancy Bloodgood is admitted to practice before this Court *pro hac vice*.

Signed: August 13, 2009

David C. Keesler
United States Magistrate Judge